PER CURIAM.
Affirmed. See Iglesia v. Floran, 394 So.2d 994 (Fla.1981); Proprietors Insurance Co. v. Valsecchi, 435 So.2d 290 (Fla. 3d DCA 1983), pet. for rev. denied, 449 So.2d 265 (Fla.1984); Carriers Insurance Co. v. Leroy, 309 So.2d 35 (Fla. 3d DCA 1975); Hunker v. Royal Indemnity Co., 57 Wis.2d 588, 204 N.W.2d 897 (Wis.1973); Oliver v. Travelers Insurance Co., 103 Wis.2d 644, 309 N.W.2d 383 (Wis.Ct.App. 1981).